```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 10536
    MARIE LESPERANCE
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5723


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/25/2006 and was confirmed 02/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/23/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG           .00            .00            .00
AMC MORTGAGE SERVICES      NOTICE ONLY      NOT FILED            .00            .00
MANITOWAC COUNTY TREASUR   SECURED             3500.00          32.61        1655.79
TOYOTA MOTOR CREDIT        SECURED VEHIC          .00            .00            .00
TOYOTA MOTOR CREDIT CORP   NOTICE ONLY      NOT FILED            .00            .00
CHARTER COMMUNICATION      UNSECURED        NOT FILED            .00            .00
WISCONSIN PUBLIC SER       UNSECURED        NOT FILED            .00            .00
TIME WARNER CABLE          UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED          1784.23            .00            .00
SBC AMERITEC               UNSECURED        NOT FILED            .00            .00
CHARTER COMMUNICATION      UNSECURED        NOT FILED            .00            .00
DIME SAVINGS BANK          NOTICE ONLY      NOT FILED            .00            .00
WE ENERGIES INVOICE        UNSECURED        NOT FILED            .00            .00
FORD MOTOR CREDIT          NOTICE ONLY      NOT FILED            .00            .00
B-LINE LLC                 UNSECURED           426.70            .00            .00
L J ROSS ASSOCIATES        UNSECURED           371.78            .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED           285.96            .00            .00
PALATINE PUBLIC LIBR       UNSECURED        NOT FILED            .00            .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE          .00            .00            .00
RECOVERY MANAGEMENT SYST   UNSECURED           201.33            .00            .00
AMERICREDIT FINANCIAL SE   SECURED VEHIC          .00            .00            .00
AMERICREDIT FINANCIAL SE   UNSECURED        NOT FILED            .00            .00
TWO RIVERS MUNICIPAL UTI   UNSECURED          1429.99            .00            .00
AMERICOLLECT INC           UNSECURED           289.70            .00            .00
AMERICOLLECT INC           UNSECURED            49.43            .00            .00
AMERICOLLECT INC           UNSECURED           607.20            .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED            18.60            .00            .00
*DEBRA V LEVINE            DEBTOR ATTY        2,450.00                          .00
TOM VAUGHN                 TRUSTEE                                           111.60
DEBTOR REFUND              REFUND                                               .00

         Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10536 MARIE LESPERANCE
```

```
-----------------------------------------------------------------------
                           RECEIPTS        DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   1,800.00

PRIORITY                                            .00
SECURED                                        1,655.79
     INTEREST                                     32.61
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             111.60
DEBTOR REFUND                                       .00
                         ---------------   ---------------
TOTALS                    1,800.00             1,800.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 10/18/07         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 06 B 10536 MARIE LESPERANCE